UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-11529-RGS

AmGUARD INSURANCE COMPANY, et al.

v.

LANDON RICHMOND, et al.

ORDER SETTING
JURY-TRIAL TIME LIMITS

August 2, 2021

STEARNS, D.J.

After consideration of the parties' trial time estimate, as well as the court's schedule and juror convenience, the court will grant each side nine (9) hours for its respective presentation, each side to be taxed for its direct examination and cross-examination of witnesses called by the opposing; exclusive, however, of the time allocated for opening statements and closing arguments. The time limits will be monitored by the court and strictly enforced. The parties are also advised that for scheduling reasons, on Thursday, August 12 (empanelment day), court will adjourn at 4 PM. Thereafter the court will sit from 9 AM to 1 PM. The court anticipates a quick empanelment, therefore plaintiff should have its first witness present and others on a short call if needed that day. The court typically allots each

side twenty-five (25) minutes for opening statements. An informal pretrial conference will be scheduled by the court during the week of August 9 to review the empanelment procedure and trial etiquette.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE